# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CHRIS JONES**   **PLAINTIFF**

v.   **CASE NO. 4:17-CV-00690 BSM**

**C. V. RIVERA, Medical Director, et al.**   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE